FILED

APR - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

RENITA WALSTON JACKSON, )
)
)
)              CASE NUMBER   1:06CV00616
       Plaintiff )
  vs            )              JUDGE: Royce C. Lamberth
)
CCA OF TENNESSEE, INC.   )              DECK TYPE: Employment Discrimination
)
     Defendant  )              DATE STAMP: 04/03/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __CCA of Tennessee, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __CCA of Tennessee, Inc.__ which have any outstanding securities in the hands of the public:

Corrections Corporation of America is the parent company of CCA of Tennessee, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__429700__
BAR IDENTIFICATION NO.

Alison N. Davis
Print Name

Ford & Harrison LLP 1300 19th St., N.W.
Address

Washington, D.C.   20036
City           State        Zip Code

(202) 719-2000
Phone Number

2