THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENITA S. WALSTON JACKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 06-616** |
| ) | |
| **CCA of Tennessee, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of plaintiff's motion [4] to remand this case back to the Superior Court of the District of Columbia, the opposition and reply thereto, and the record herein, plaintiff's motion is DENIED. Although plaintiff now claims that she intended to only press claims under the District of Columbia Human Rights Act, the complaint itself is silent and plaintiff's interrogatory responses invoked two federal statutes – the Americans With Disabilities Act and the Family and Medical Leave Act. This case was therefore properly removed.

Defendant CCA of Tennessee, Inc., has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 1, 2006