THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENITA S. WALSTON JACKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-616 |
| ) | |
| **CCA OF TENNESSEE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

### ORDER

Upon consideration of plaintiff's motion [8] to reconsider the Court's Order of June 1, 2006, the opposition and reply thereto, and the record herein, and it appearing that plaintiff simply seeks to reargue facts and theories upon which the Court has already ruled, plaintiff's motion is DENIED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 14, 2006.