THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENITA S. WALSTON JACKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.   ) | Civil Action No. 06-616 |
| ) | |
| **CCA OF TENNESSEE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Plaintiff shall, within 5 days of this date, show cause why this case should not be dismissed for failure to comply with this Court's Order of June 1, 2006, to file a report of a Local Rule 16.3 scheduling conference.  Even if the time for compliance with that Order had been tolled by the Motion for Reconsideration, the Court's Order denying reconsideration was filed over two months ago.  Plaintiff has taken no further action to comply, or to prosecute this case.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 29, 2007.