IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Renita S. Walston Jackson,**<br><br>Plaintiff<br><br>v.<br><br>**CCA of Tennessee, Inc.,**<br><br>Defendant | CIVIL ACTION NO: 1-06-cv-616 (RCL) |

### PLAINTIFF RENITA W. JACKSON'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER

**NOW COMES** Plaintiff Renita W. Jackson by and through her counsel to respond to the Show Cause Order dated January 29, 2007 and provide the following:

1. Plaintiff and her counsel did not received notice of the Court's Order denying her Motion for Reconsideration of her Motion to Remand until January 29, 2007.

2. Plaintiff's counsel is registered to receive electronic mail from this Court. However, Plaintiff's counsel did not receive notice or knowledge that this Court denied the Plaintiff's Motion for Reconsideration until January 29, 2007.

3. Upon receipt of the Court's January 29, 2007 show cause order, Plaintiff's counsel reviewed the Pacer Website.

4. Pacer revealed that the Court denied Plaintiff's Motion for Remand on June 1, 2006

and also ordered the Parties to file a report of a Local Rule 16.3 scheduling conference. Pacer further revealed that on June 12, 2006, Plaintiff filed her motion for reconsideration and on November 14, 2006, the Court denied Plaintiff's Motion for Reconsideration.

5. After June 1, 2006, no subsequent scheduling Order was filed. Plaintiff's counsel and her staff diligently checked the e-notices from the Court. However, a through check revealed that Plaintiff's counsel did not received the Court's order dated November 14, 2006. Thus, Plaintiff did not intentionally fail to comply with the Court's June 1, 2006 Order.

6. Immediately, after the receipt of the Court's January 29, 2007, Plaintiff's counsel contacted Defendant's counsel and requested a time by which they could meet to comply with the June 1, 2006 Order. Defendant's Counsel stated that no meeting could be scheduled until the Court ruled on its Show Cause Order.

7. Currently, the Plaintiff recently returned from the hospital after experiencing severe respiratory and other health problems. Thus, for the next ninety days, the Plaintiff will be unavailable to fully participate in this matter. However, a meeting under Local Rule 16.3 can be scheduled so that the parties's counsel can develop a schedule to initiate the litigation of this matter in this Court.

**WHEREFORE**, the Plaintiff prays that this Court will vacate the Show Cause Order since Plaintiff did not receive notice of the Order dated November 14, 2006 until January 29, 2007 and provide a subsequent Order to allow the parties to meet and convene in accordance with Local Rule 16.3.

February 6, 2007                                      Respectfully submitted,
Date

/s/ *L. Saundra White*
L. Saundra White
Federal Bar No:MD012370
3540 Crain Highway, # 107
Bowie, Md 20716
(301) 574-3547
Email: WhiteLegalGrp@aol.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically submitted to Alison N. Davis at adavis@fordharrison.com and dglover@fordharrison.com this 6th day of February 2007.

/s/ *L. Saundra White*
L. Saundra White