## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENITA S. WALSTON JACKSON,**    ) | |
| ) | |
| **Plaintiff,**    ) | |
| ) | |
| v.    ) | Civil Action No. 06-616 |
| ) | |
| **CCA OF TENNESSEE, INC.,**    ) | |
| ) | |
| **Defendant.**    ) | |
| _____) | |

### ORDER

Upon consideration of plaintiff's response [13] to the Order to Show Cause, and it appearing that plaintiff claims not to have received the Court's Order even though it was – according to the Court's records – properly transmitted electronically to the correct address for plaintiff's counsel, the Court will give plaintiff one further opportunity to submit a report of a Local Rule 16.3 Scheduling Conference and proposed order by June 1, 2007, one year late. Defendant shall cooperate in promptly meeting and conferring with plaintiff.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 9, 2007.