## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Renita S. Walston Jackson,**

Plaintiff

v.

**CCA of Tennessee, Inc.,**

Defendant

**CIVIL ACTION NO**: <u>1-06-cv-616 (RCL)</u>

_____

## JOINT REPORT OF THE LCVR 16.3 CONFERENCE

**NOW COMES**, the Parties by and through their undersigned counsel and pursuant to LcvR 16.3, respectfully submit this joint report to the Court and the accompanying proposed scheduling order.

1. The Plaintiff intends to file a Motion to dismiss some of the claims or actions that this Court will hear in this matter, and proposes that the Court stay discovery in this matter until the Court makes a determination on Plaintiff's Motion to Dismiss.  Defendant anticipates that this case is likely to be disposed of by dispositive motion after completion of discovery.

2. It is not anticipated that either Party will be seeking to amend their pleadings or join any additional parties. However, should any amendment become necessary, the Parties agree that

any such amendment shall be made within thirty (30) days of the date of entry of the scheduling order in this matter.

3. The Parties have no objection to assigning this matter to a magistrate judge at this time for discovery purposes only.

4. The Parties believe that it is too early to determine whether this matter can be settled.

5. The Plaintiff believes that this matter would significantly benefit from the Court's alternative dispute resolution (ADR) procedures or some other form of ADR after the close of discovery or adjudication of any dispositive motion. The Defendant at this time does not wish to participate in the Court's alternative dispute resolution procedures or any other form of ADR.

6. The Parties agree that any dispositive motions should be filed by January 11, 2008.

7. The Parties agree that the initial disclosure provision of Fed. R. Civ. P. 26(a)(1) shall not apply in this case.

8. The Parties agree that non-expert discovery should be commenced and completed by November 30, 2007, and that ten (10) depositions and twenty-five (25) interrogatories should be allowed in accordance with the Federal Rules of Civil Procedure.

9. The Parties propose that expert disclosures be made in accordance with Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure.

10. This action is not a class action.

11. There is no request at this time that this matter be bifurcated.

12. The Parties propose that a pretrial conference be set for March 10, 2008, or an alternate date of the Court's choosing.

13. The Parties propose that a trial date be set at the pretrial conference.

14. The Parties do not have additional matters at this time.

<u>June 1, 2007</u>                          Respectfully submitted,

Date

/s/ _L. Saundra White_

L. Saundra White

Federal Bar No:<u>MD012370</u>

3540 Crain Highway, # 107

Bowie, Md 20716

(301) 574-3547

Email: whitelegalgrp@aol.com

Attorney for Plaintiff

_/s/ Alison N. Davis_

Alison N. Davis

D.C. Bar No.: 429700

Dannie Fogleman

D.C. Bar No.: 414311

Ford & Harrison, LLP

1300 19th Street, NW, Suite 700

Washington, D.C. 20036

(202) 719-2000

(202) 719-2077 (Fax)

adavis@fordharrison.com

dfogleman@fordharrison.com

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

**Renita S. Walston Jackson,**

Plaintiff

**CIVIL ACTION NO**: <u>1-06-cv-616 (RCL)</u>

v.

**CCA of Tennessee, Inc.,**

Defendant

**<u>PROPOSED SCHEDULING ORDER</u>**

The Parties met and conferred on May 24, 2007 pursuant to Local Civil Rule 16.3.

Based on the Report of the LcvR 16.3 Conference to the Court and the representations of the

Parties' counsel, it is hereby **ORDERED** that:

1.  Discovery in this matter will be stayed until Plaintiff's Motion to Dismiss is decided.

2. The date by which any other parties shall be joined or the pleadings amended is within

thirty (30) days of the date of entry of the scheduling order.

3. Discovery, except expert witness discovery, shall be commenced and completed on or

before November 30, 2007.

4. Expert disclosures will be made in accordance with Fed. R. Civ. P. 26(a)(2)( C).

5. Dispositive motions shall be filed by January 11, 2008.  The briefing schedule on these

motions, any responses and replies relating thereto, shall be pursuant to the Federal and local

rules of Civil Procedure.

6. The Pretrial Conference will be scheduled on March 10, 2008, or an alternate date of

the Court's choosing.

7.  The trial in this matter shall be set at the Pretrial Conference.

**SO ORDERED**

**DATE**                              **JUDGE ROYCE C. LAMBERTH**

United States District Judge