THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENITA S. WALSTON JACKSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v.                                                                              )<br>)<br>**CCA OF TENNESSEE, INC.,** )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 06-616 |

## SCHEDULING ORDER

The parties met and conferred on May 24, 2007 pursuant to Local Civil Rule 16.3. Based on the Report of the LCvR 16.3 Conference to the Court and the representations of the parties' counsel, it is hereby ORDERED that:

1. Discovery in this matter will be stayed until plaintiff's Motion to Dismiss is decided, provided the Motion to Dismiss is filed n o later than June 15, 2007.

2. The date by which any other parties shall be joined or the pleadings amended is within thirty (30) days of the date of entry of the scheduling order.

3. Discovery, except expert witness discovery, shall be commenced and completed on or before November 30, 2007.

4. Expert disclosures will be made in accordance with Fed. R. Civ. P. 26(a)(2)(C).

5. Dispositive motions shall be filed by January 11, 2008.  The briefing schedule on these motions, and any responses and replies thereto, shall be pursuant to the Federal and local rules of civil procedure.

6. Dates for the pretrial conference and trial will be scheduled at a status conference held after disposition of any dispositive motions.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, June 5, 2007.

Case 1:06-cv-00616-RCL    Document 17    Filed 06/05/2007    Page 2 of 2