IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Renita S. Walston Jackson,**

    Plaintiff

v.

**CCA of Tennessee, Inc.,**

    Defendant

CIVIL ACTION NO: <u>1-06-cv-616 (RCL)</u>

FILED
NOV 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

**WHEREFORE**, it is by this Court this _5th_ day of _Nov._ 2007 that after a review of Plaintiff's Motion To Dismiss, Defendant's Opposition _the reply_ and the entire record, it is

**HEREBY ORDERED** that

1. Plaintiff's Motion to Dismiss the alleged American Disabilities Act and Family Medical Leave Act claims under the federal statues is **GRANTED**, and

2. This Court has jurisdiction to hear Plaintiff's claims and actions under the District of Columbia Human Rights Act and the District of Columbia Family Medical Leave Act.

3. Discovery in this matter will be limited to Plaintiffs' claims and issues asserted under the District of Columbia Human Rights Act and the District of Columbia Family Medical Leave Act.

_[signature]_
JUDGE

7

cc:

L. Saundra White, Esq.
3540 Crain Highway, #107
Bowie, MD 20716

Alison N. Davis, Esq.
Ford & Harrison, LLP
1300 19th Street, NW, Suite 700
Washington, D.C.  20036