IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Renita S. Walston Jackson,**<br><br>Plaintiff<br><br>v.<br><br>**CCA of Tennessee, Inc.,**<br><br>Defendant | CIVIL ACTION NO: <u>1-06-cv-616 (RCL)</u> |

## PLAINTIFF'S CONSENT MOTION TO EXTEND THE TIME FOR DISCOVERY

**NOW COMES** Plaintiff Renita S. Jackson to extend the time to conduct discovery in this matter and provides the following in support of this motion.

1. Discovery in accordance with the Court's Order dated June 5, 2007 ends on November 30, 2007.

2. Also, the Court's Order indicates that Discovery would be stayed until Plaintiff's Motion to Dismiss was decided. This Court ruled on Plaintiff's Motion to Dismiss on November 6, 2007.

3. Plaintiff request that discovery be extended until February 28, 2008 because Plaintiff has been out of town and is currently experiencing health and financial difficulties. Also, currently, Plaintiff's counsel has a heavy litigation docket and has filed motions, filed briefs and

presented oral arguments before State and Federal courts.

    4.  Defendant has consented to extending the time for discovery until February 28, 2008.

    **WHEREFORE**, Plaintiff prays that the time for discovery will be extended until February 28, 2008.

    Respectfully submitted

    /s/ L. Saundra White
    L. Saundra White
    Federal Bar No: MD012370
    3540 Crain Highway, # 107
    Bowie, Md 20716
    (301) 574-3547
    Email: WhiteLegalGrp@aol.com
    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Renita S. Walston Jackson,**

    Plaintiff

**CIVIL ACTION NO**: 1-06-cv-616 (RCL)

v.

**CCA of Tennessee, Inc.,**

    Defendant

**ORDER**

**WHEREFORE**, it is by this Court this _____ day of _____ 2007 that after a review of Plaintiff's Consent Motion to Extend the Time for Discovery and the entire record, it is

**HEREBY ORDERED** that

1. The Time for Discovery in this matter is extended until February 28, 2008, and

2. Dispositive motions shall be filed by April 11, 2008. The briefing schedule on these motions and any responses and replies thereto, shall be pursuant to the Federal and local rules of civil procedure, and

3. Dates for the pretrial conference and trial will be scheduled at a status conference held after disposition of any dispositive motions, and

4. Dates for pretrial conference and trial will be scheduled at a status conference held after disposition of any dispositive motions.

                                                                                     _____
                                                                                     JUDGE

cc:

L. Saundra White, Esq.
3540 Crain Highway, #107
Bowie, MD 20716

Alison N. Davis, Esq.
Ford & Harrison, LLP
1300 19th Street, NW, Suite 700
Washington, D.C. 20036