**IN THE UNITED STATES DISTRICT COURT  FOR THE DISTRICT OF COLUMBIA**

**Renita S. Walston Jackson,**

      Plaintiff

          **CIVIL ACTION NO**: 1-06-cv-616 (RCL)

  v.

**CCA of Tennessee, Inc.,**

      Defendant

_____

## ORDER

**WHEREFORE**, it is by this Court this 3rd day of March, 2008, after a review of Plaintiff's Consent Motion to Extend the Time for Discovery and the entire record, it is

**HEREBY ORDERED** that

1. The Time for Discovery in this matter is extended until February 28, 2008, nunc pro tunc, and

2. Dispositive motions shall be filed by April 11, 2008. The briefing schedule on these motions and any responses and replies thereto, shall be pursuant to the Federal and local rules of civil procedure, and

3. Dates for the pretrial conference and trial will be scheduled at a status conference held after disposition of any dispositive motions, and

4. Dates for pretrial conference and trial will be scheduled at a status conference held after disposition of any dispositive motions.

                __/s/_____

                JUDGE ROYCE C. LAMBERTH