IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENITA WALSTON JACKSON,<br><br>  Plaintiff,<br><br>v.<br><br>CCA OF TENNESSEE, INC.,<br><br>  Defendant. | CIVIL ACTION NO. 1:06-cv-616-RCL |

## DEFENDANT CCA OF TENNESSEE, INC.'S
## RULE 37 MOTION TO COMPEL DISCOVERY

Defendant, CCA of Tennessee ("CCA"), by and through its attorneys, moves, pursuant to Rule 37 of the Federal Rules of Civil Procedure, to compel Plaintiff Renita Walston Jackson ("Plaintiff") to answer CCA's deposition questions under Rule 30 of the Federal Rules of Civil Procedure, and to sanction Plaintiff accordingly.

The factual and legal bases for this Motion are more fully set forth in the accompanying memorandum of points and authorities in support of Defendant's motion. In short, this Motion is made on the grounds that Plaintiff provided evasive and incomplete responses to questions during her deposition on March 3, 2008. Further, Plaintiff has lodged improper objections to deposition questions and documents which CCA obtained by issuing subpoenas *duces tecum*. Because of Plaintiff's conduct, CCA has been denied access to relevant information as well as information which could lead to the discovery of admissible evidence.

For those reasons, CCA requests that this Court order Plaintiff to appear for the continuation of her deposition at such time to be agreed upon between counsel for the parties, and direct her to answer all questions in accordance with Rule 26, except for those subject matters which may be subject to either the attorney-client privilege or the work product doctrine.

CCA also requests that the Court extend the deadline for the submission of dispositive motions from April 11, 2008 to June 11, 2008 to allow the parties ample time to continue Plaintiff's deposition. Further, CCA requests that this Court impose sanctions against Plaintiff in accordance with Rule 37(a)(5)(A), and award CCA its attorneys' fees and costs related to making this motion.

### CERTIFICATE PURSUANT TO FED. R. CIV. P. 37(a)(5) AND LOCAL R. 7

Pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure and Rule 7(m) of the Rules of the United States District Court for the District of Columbia, counsel for CCA certifies that she conferred with Plaintiff's counsel at Defense counsel's office on March 3, 2008 in a good faith effort to resolve the issues raised by this Motion and again by telephone on March 12, 2008. Counsel was unable to reach a mutually agreeable resolution. Plaintiff's counsel is not agreeable to this Motion.

Dated: March 13, 2008

Respectfully submitted,

By: _____
Alison Nadine Davis
D.C. Bar No. 429700
adavis@fordharrison.com
Dannie B. Fogleman
D.C. Bar No. 414311
dfogleman@fordharrison.com

FORD & HARRISON LLP
1300 19th Street, N.W., Suite 700
Washington, DC 20036
(202) 719-2000
(202) 719-2077 (Facsimile)

Attorneys for Defendant CCA of Tennessee, Inc.

DC:72956.1