# Exhibit 1

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Renita S Walston Jackson
9542 Muirkirk Rd.
Laurel MD 20708. Apt# 301

**Plaintiff**

Civil Action No. 05-0007489

Corrections Corporation of America
CCA/CTF / Ross Dixon & Bell LLP
Serve: Sally Coene Esq.
2001 K St NW Washington DC 20006

**Defendants**

**COMPLAINT**

FILED
CIVIL ACTIONS BRANCH
SEP 15 2005
Superior Court
of the District of Columbia
Washington, D.C.

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

After going thru aprox. 2 years of discrimination (difference in treatment) and Harassment, I attempted to inform management verbally & in writing and due to actions by Warden Fred Figueroa & Sherrice Salley, act. that were beyond my control I was wrote up repeatedly, harassed and ultimately Terminated wrongfully. Due to a continual difference in treatment / Harassment I have subsequently have developed "Panic Attack Syndrome", A medical disorder due to stress. CCA/CTF / Warden Fred Figueroa & Charles Martin Breached the Union Contract & agreement.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 2,500,000.00 with interest and costs.

Phone: (301) 360-6950

DISTRICT OF COLUMBIA, ss

Renita S Walston Jackson, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

(Plaintiff / Agent)

Subscribed and sworn to before me this 15th day of September, 2005.

(Notary Public/Deputy Clerk)

FORM CV-1013/Nov 00

CASE: 2005 CA 007489 B