# Exhibit 3

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Renita S. Walston Jackson
9542 Muirkirk Rd, Apt. 301
Laurel, Maryland, 20708

   Plaintiff

   v.

CCA of Tennessee, Inc. (a Tennessee corporation)
10 Burton Hills Boulevard,
Nashville, Tennessee, 327215

   Defendant

CIVIL ACTION No. 05-0007489

Judge: Judith Retchin

Calendar #: 14

Next Event: Deadline for Discovery
Requests 03/14/06

---

### PLAINTIFF RENITA WALSTON JACKSON RESPONSES TO
### DEFENDANT CCA  REQUESTS FOR PRODOCUTION
### OF DOCUMENTS TO PLAINTIFF

**NOW COMES**, Plaintiff Renita Waltson Jackson by and through her counsel

present her responses to Defendant CCA's Request for Production of Documents.

1. All signed or recorded statements given to you by any individuals, as identified in

your response to Interrogatory No. 10.

 RESPONSE: See Exhibit H

2. All written reports from any person you intend to call as an expert witness at trial,

as identified in your response to Interrogatory No.2.

 RESPONSE: See Treatment Statements in Exhibit H.  Plaintiff will supplement this

Interrogatory upon receipt of any additional written reports from any expert witness.

3. All documents supplied to or reviewed, analyzed, consulted, or relied upon by any

expert witness you intend to call to testify on your behalf at trial.

 RESPONSE:  Plaintiff objects to this question because it calls for a privilege and attorney-

work product.  However, without waive her objection, Plaintiff states that she currently

does not have any documents that her expert witness has analyzed, consulted, reviewed or

relied upon.

4.    All documents supporting or relating to the facts and opinions expressed in the

written report of any expert witness you intend to call to testify on your behalf at trial.

RESPONSE: See Response to No. 3.

5.    All documents containing, reflecting, recording, or referring to the qualifications

of any expert witness you intend to call to testify on your behalf in this case, including, but not

limited to, curricula vitae, resumes, lists of publications authored by the expert, and lists of cases in

which the expert witness has previously testified or been deposed.

RESPONSE: Plaintiff currently does not possess any of the above requested documents.

However, upon receipt of such documents, Plaintiff will provide this information to

Defendant.

7.    All written statements or documents made by CCA, or any of its present or former

employees, agents, or representatives, which you consider to be an admission of liability or

wrongdoing by CCA concerning the incidents forming the basis of the Complaint.

RESPONSE: See Exhibit No. G.

8.    All documents recording, reflecting, or relating to any conviction and/or arrest of

you for any crime constituting a felony or involving dishonesty, fraud, or deceit, as identified by

you in response to Interrogatory No. 12.

RESPONSE:  Plaintiff does not possess any of the documents requested in this request since

she answered "No" to Interrogatory No. 12.

9.    All documents constituting, recording, reflecting, and/or relating to conversations

you had with CCA, or any of its current or former employees, agents, or representatives,

concerning your allegations of discrimination or harassment.

RESPONSE: See Exhibits A-C.

2

10.     All documents relating to any damages allegedly suffered by you as a result of the acts alleged in the Complaint.

RESPONSE:  See Answer to Interrogatory No. 8.

11.     All documents relating to any medical treatment and/or counseling received by you as a result of the actions and/or inactions alleged in the Complaint.

RESPONSE: See Exhibit No. B.

12.     All documents relating to efforts made or steps taken by you to mitigate any damages, whether physical, emotional, or monetary, allegedly suffered as a result of the actions and/or inactions alleged in the Complaint.

RESPONSE: See Exhibits A- C

13.     All documents relating to any lawsuits and/or court or administrative actions identified by you in response to Interrogatory No. 11.

RESPONSE: Not Applicable and see Response to Request No. 8.

14.     All documents that you identified, relied upon, and/or referred to in answering CCA's First Set of Interrogatories to you.

RESPONSE: See Exhibits A-H.

15.     All documents, not specifically requested herein, which relate to, evidence, and/or pertain to any of the allegations made by you in the Complaint.

RESPONSE: Exhibits A-H

16.     All documents, not specifically requested herein, which relate to, evidence, and/or pertain to any of the injuries and/or damages alleged by you in the Complaint.

RESPONSE: See Response to Interrogatory No. 8 and Exhibit A-H.

I, <u>Renita S. Walston Jackson</u> affirm that the information given in my responses to Defendant's

Request for Production of Documents are true, accurate and complete to the best of my knowledge

and belief.

_____           _____3/04/06_____
Renita S. Walston Jackson                                  Date


Respectfully submitted

L. Saundra White
D.C. Bar No: 4463929
3540 Crain Highway, #107
Bowie, MD  20716
(301) 538-2158
Attorney For Plaintiff


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___4th___ day of March 2006, a copy of Plaintiff's

Responses to Defendant's Request for Production of Documents were mailed first class to

Defendant's Counsel, Dannie B. Fogleman, Ford & Harrison, LLP, 1300 19th Street, NW, Suite

700, Washington, D.C.  20036.


L. Saundra White

# Exhibit   B

# Sick Certificate

### Riverside Primary Care of District Heights
**A Division of Riverside Primary Care, LLC**
**6400 Marlboro Pike, District Heights, MD 20747**
**Tel. No. 301-420-3636 / Fax No. 301-736-6916**

Name: _Renita Walston_ has been under my care

from _9/9/03_ to _____.

May return to work / school on _9/10/03_.

Nature of the illness: _auto accident 9/5/03 – back pains x 4 days_

Restrictions: _____

_____

Comments: _been referred to ortho for eval + mgnt_

_____

Doctor: _____    Date: _9/9/03_

(  ) Dr. Piotr L. Grojec    ( ✓ ) Dr. Florentino N. Loya    (  ) Dr. Jalal A. Saied

OFFICE HOURS BY APPOINTMENT                                                    TELEPHONE: 735-380(

*Jong S. Lee, M.D., P.A.*

OBSTETRICS AND GYNECOLOGY
6400 MARLBORO PIKE
DISTRICT HEIGHTS, MD 20747

March 10, 2003

Attn: Mrs. Wilkins
Re:  Renita Walston

Dear Ms. Wilkins:

Ms. Renita Walston is under my care for maternity and her expected due date is 10/26/03. Ms. Walston was seen in my office of 2/20/03. Due to severe pelvic pain and bleeding Ms. Walston went to the emergency room on 2/26/03 and was advised to have complete bed rest to prevent a miscarriage from 2/26/03 through 3/3/03. After speaking to Dr. Lee, Ms. Walston was advised on 3/3/03 that due to the sonogram results and the continuing pain she was advised to continue her bed rest and limit all stress until 3/5/03. On 3/5/03 Ms. Walston was sent back to the hospital and repeated the sonogram. These results showed minor improvement, however, due to the pain she was strongly advised not to return to work at this time.

Ms. Walston was evaluated 3/10/03 and will require bed rest until 3/11/03. Ms. Walston can return to work 3/12/03. However, if you have any questions regarding this matter please feel free to contact my office.

Sincerely,

Jong S. Lee, M.D.

JSL/dlw

PRINCE GEORGES HOSPITAL CENTER
3001 Hospital Drive, Cheverly MD 20785
(301) 618-3754

Linda DeFeo MD

RENITA WALSTON

## Work Release Form

This notice verifies that your employee, **RENITA WALSTON**, was seen in this facility on **02/26/2003**.

He/she may return to work on **02/28/2003** with the following restrictions:

    None:
    No heavy lifting:    (over **0** pounds)
    No prolonged standing:
    Desk Work Only:
    Other:

These restrictions apply through **03/03/2003**. After this date, your employee should be able to participate fully in all work duties.

**NOTE:** If symptoms continue and the employee is unable to perform the full duties of their job by this date, please advise the employee to return to this facility or make an appointment with the referral physician for further evaluation.

_____
Linda DeFeo MD

2/26/2003 (22:08)

EMERGENCY DEPARTMENT

# REQUEST FOR LEAVE

Whenever possible, this form should be completed thirty days before the requested beginning date of leave. It should be given to your immediate supervisor or the personnel coordinator.

You should consult with the personnel coordinator if you have any questions regarding the types of leave provided by CCA, including questions about eligibility for, duration of, and benefits entitlement during leave.

Name: _Ronita Walston_     Position: _Admin Clerk_

Department: _____     Supervisor: _WARDEN King_

## DATES REQUESTED

Date Leave Commences: _5/19/03_     Expected Return Date*: _6/23/03_

— OR —

Intermittent Leave Requested on the Following Terms:
_Request for leave due to Stress (work Related)_

* Certification of fitness-for-duty from your health care provider must be submitted before your scheduled return date from a General Medical or FMLA Personal Illness Leave.

## TYPE OF LEAVE REQUESTED

_____ General Medical**

_____ Military (A copy of your military orders should accompany this form.)

_____ Discretionary

__✓__ FMLA (check reason)

☐ Parental

☑ Personal Illness

☐ Family Illness**

**A Certification of Health Care Provider form is required and should be submitted with this form.

Date: _6/1/03_     Employee Signature _Ronita Walston_

## <u>Sick Certificate</u>

**Riverside Primary Care of District Heights**
A Division of Riverside Primary Care, LLC
6400 Marlboro Pike, District Heights, MD 20747
Tel. No. 301-420-3636 / Fax No. 301-736-6916

Name: _Reaita Walston_ has been under my care
from _5/22/03_ to _present_
May return to (work)/ school on _6/1/03_

Nature of the illness: _work-related stress_
Restrictions: _____

Comments: _rest, meds, follow-up_

Doctor: _____     Date: _5/21/03_

(   ) Dr. Piotr L. Grojec        (X) Dr. Florentino N. Loya        (   ) Dr. Jalal A. Saied'

## Sick Certificate

**Riverside Primary Care of District Heights**
A Division of Riverside Primary Care, LLC
6400 Marlboro Pike, District Heights, MD 20747
Tel. No. 301-420-3636 / Fax No. 301-736-6916

Name: _Renita Walston_ _____ has been under my care
from _11/26/03_ to _present_ .
May return to work / school on _11/26/03_

Nature of the illness: _____
Restrictions: _____
_____
_____
Comments: _____
_____

Doctor: _Saied / Jamal_ _____ Date: _11/26/03_

( ) Dr. Piotr L. Grojec     ( ) Dr. Florentino N. Loya     (X) Dr. Jalal A. Saied

## Sick Certificate

**Riverside Primary Care of District Heights**
A Division of Riverside Primary Care, LLC
6400 Marlboro Pike, District Heights, MD 20747
Tel. No. 301-420-3636 / Fax No. 301-736-6916

Name: _RENITA   WALSTON (REGINALD JACK)_ has been under my care
from _11/25/03_ to _Present_
May return to work / school on _11/26/03_

Nature of the illness: _____
Restrictions: _____

Comments: _BROUGHT  RENITA  WALSTON  TO SEE_
_THE · DOCTOR_

Doctor: _SAIED / XRAY_     Date: _11/26/03_

( ) Dr. Piotr L. Grojec     ( ) Dr. Florentino N. Loya     ( ) Dr. Jalal A. Saied

## <u>Sick Certificate</u>

**Riverside Primary Care of District Heights**
A Division of Riverside Primary Care, LLC.
6400 Marlboro Pike, District Heights, MD 20747
Tel. No. 301-420-3636 / Fax No. 301-736-6916

Name: _Renita Walston_ _____ has been under my care

from _6/9/03_ _____ to _Releat (Sopp 82 0009 na l 62 h)_

May return to work / school on _6/23/03_ _0589 0009 la l 57 h_

Nature of the illness: _Work - related stress_

Restrictions: _____

_____

Comments: _Rest, meds, follow - up_

_____

Doctor: _____    Date: _6/9/03_

( ) Dr. Piotr L. Grojec        (X) Dr. Florentino N. Loya        ( ) Dr. Jalal A. Saied'

## Sick Certificate

**Riverside Primary Care of District Heights**
A Division of Riverside Primary Care, LLC
6400 Marlboro Pike, District Heights, MD 20747
Tel. No. 301-420-3636 / Fax No. 301-736-6916

Name: _Renita Walston_ has been under my care
from _6/9/03_ to _present (Sabb 8c.0909 hatb2H)_
May return to work / school on _6/23/03_ _9b820009bahb2H_

Nature of the illness: _Work - related stress_
Restrictions: _____

Comments: _Rest, meds, follow-up_

Doctor: _____  Date: _6/9/03_

(  ) Dr. Piotr L. Grojec    (X) Dr. Florentino N. Loya    (  ) Dr. Jalal A. Saied

(¿TURNED in on 5/7/04, ¿¿¿)

**CCA**
CORRECTIONS CORPORATION OF AMERICA

Form 3–5A

Employee Leave Authorization

| | |
|---|---|
| Employee Name: Kenita Walston | EMP# 160260 |
| Facility: CCA - CTF 2001 | Date Submitted: 5/7/04 |

**Please enter the amount of paid hours needed or the type of leave requested in the appropriate box.**

| Personal Hours: 4 | *Sick Hours: 4 | Death?: |
|---|---|---|
| Holiday Hours: 8 | What Holiday? | |

FMLA Leave (please check applicable reason):     Personal Illness *? ☐     Family Illness *? ☐     Parental? ☐

Military Leave** Hours:          Civil Leave** Hours:

\* A Certification of Health Care Provider is required and should be submitted with this form.
\*\* May require written documentation of absence.

Please list the dates these hours were taken: Floating Holiday 5/3/04   5/5/04   (4 sick + 4 personal)

By my signature below, I authorize CCA to deduct from my last earnings in the current calendar year, or if my employment terminates for any reason, my final earnings, a monetary amount equivalent to any pay advance for the above leave hours not offset during the calendar year by accrued personal leave.

| Employee Signature: | Date: May 7, 2004 |
|---|---|
| Supervisor Signature: | Date: |
| Administrator/Warden Signature: | Date: |
| Entered by (Payroll Clerk's Initials): | Date: |
| Approved: | Denied: |

F–3–5ATC

White – Payroll          Yellow – Supervisor          Pink – Employee

## Sick Certificate

**Riverside Primary Care of District Heights**
A Division of Riverside Primary Care, LLC
6400 Marlboro Pike, District Heights, MD 20747
Tel. No. 301-420-3636 / Fax No. 301-736-6916

Name: _Benita Walston_ has been under my care
from _9/9/03_ to _____.
May return to work / school on _9/10/03_.

Nature of the illness: _auto accident 9/5/03 - back pains x 4 days_
Restrictions: _____

Comments: _been referred to ortho for eval + mgnt_

Doctor: _____    Date: _9/9/03_

( ) Dr. Piotr L. Grojec    ( ✓) Dr. Florentino N. Loya    ( ) Dr. Jalal A. Saied

**RIVERSIDE PRIMARY CARE OF DISTRICT HEIGHTS**
A Division of Riverside Primary Care, LLC
6400 Marlboro Pike, District Heights, MD 20747
Tel. No. 301 - 736 - 7000
Fax No. 301 - 736 - 6916

Piotr L. Grojec, MD
Florentino N. Loya, MD

Jalal A. Saied, MD
Walter B. Sheer, MD

Date: _6/24/03_

To whom it may concern:

This letter is to certify that Mr. / (Ms.) _Paula S. Watson_
is a regular patient at this office. Our records show that Mr. / (Ms.) _Watson_
_____ consulted this office on _6/9/03_.

Nature of the Illness: _Dysfunction of sleep and_
_rest._

Comments: _Been noted in mode twelp flw_
_in OPd wrote 6/9/03. Date of return to_
_wrote 6/29/03_

Recommendations / Restrictions: _Follow up_

Respectfully yours,

Doctor _[signature]_
FLORENTINO N. LOYA M.D.
6400 MARLBORO PIKE
DISTRICT HEIGHTS, MD 20747

## REQUEST FOR LEAVE

Whenever possible, this form should be completed thirty days before the requested beginning date of leave. It should be given to your immediate supervisor or the personnel coordinator.

You should consult with the personnel coordinator if you have any questions regarding the types of leave provided by CCA, including questions about eligibility for, duration of, and benefits entitlement during leave.

Name: _Bonita Walston_    Position: _Admin Clerk_

Department: _____    Supervisor: _WARDEN King_

### DATES REQUESTED

Date Leave Commences: _5/19/03_    Expected Return Date*: _6/23/03_

— OR —

Intermittent Leave Requested on the Following Terms:

_Request for leave due to Stress (work Related)_

* Certification of fitness-for-duty from your health care provider must be submitted before your scheduled return date from a General Medical or FMLA Personal Illness Leave.

### TYPE OF LEAVE REQUESTED

_____ General Medical**

_____ Military (A copy of your military orders should accompany this form.)

_____ Discretionary

__✓__ FMLA (check reason)

☐ Parental
☑ Personal Illness
☐ Family Illness**

**A Certification of Health Care Provider form is required and should be submitted with this form.

Date: _6/1/03_    Employee Signature _Bonita Walston_

*Before I got Fired*

## Sick Certificate

**Riverside Primary Care of District Heights**
A Division of Riverside Primary Care, LLC
6400 Marlboro Pike, District Heights, MD 20747
Tel. No. 301-420-3636 / Fax No. 301-736-6916

Name: _Renita Walster_

from _5-03-04_ to _____ has been under my care

May return to work / school on _5-04-04_

Nature of the illness: _the office visit_

Restrictions: _____

_____

Comments: _____ _Work related stress_ _____

Doctor: _Piotr Grojec, dic_ Date: _5-03-04_

(X) Dr. Piotr L. Grojec      ( ) Dr. Florentino N. Loya      ( ) Dr. Jalal A. Saied

## Sick Certificate

**Riverside Primary Care of District Heights**
A Division of Riverside Primary Care, LLC
6400 Marlboro Pike, District Heights, MD 20747
Tel. No. 301-420-3636 / Fax No. 301-736-6916

Name: _Renita Walston_ _____ has been under my care

from _4/22/04_ to _present_

May return to work / school on _4/28/04_

Nature of the illness: _heaviness in the chest, shortness of breath since_

Restrictions: _____ _4/20/04_

Comments: _rest, meds, follow-up_

Doctor: _____ Date: _4/22/04_

( ) Dr. Piotr L. Grojec          ( ✓) Dr. Florentino N. Loya          ( ) Dr. Jalal A. Saied

## Sick Certificate

**Riverside Primary Care of District Heights**
A Division of Riverside Primary Care, LLC
6400 Marlboro Pike, District Heights, MD 20747
Tel. No. 301-420-3636 / Fax No. 301-736-6916

Name: _Renita Walston_

from _2/4/04_     to _present_     has been under my care

May return to work / school on _8/01/04_

Nature of the illness: _Work - related stress_

Restrictions: _____

_____

Comments: _rest, meds, follow-up_

Doctor: _[signature]_     Date: _8/11/04_

( ) Dr. Piotr L. Grojec     ( ) Dr. Florentino N. Loya     ( ) Dr. Jalal A. Saied

**American Family Life Assurance Company of Columbus (AFLAC)**
Attention: Claims Department
Worldwide Headquarters: 1932 Wynnton Road, Columbus, GA 31999-7260
For information or help filing your claim, please call toll-free 1-800-99-AFLAC (1-800-992-3522) or visit our Web site at www.aflac.com
Toll-free fax number 1-877-44-AFLAC (1-877-442-3522)

**FOR ASSOCIATE USE ONLY:**

| Check the appropriate box: | Writing #: _____  Name: _____ |
|---|---|
| ❑  Send the insured's check to the associate for delivery. | Address: _____ |
| ❑  Contact the associate only if additional information is needed to complete processing of this claim. | |

00254    0

## ACCIDENT AND DISABILITY CLAIM FORM

**If you are filing an accident claim:**
1. Complete Section A below; be sure to fully explain how you were injured.
2. Send us a copy of the hospital bill; if you were treated in the emergency room or a doctor's office, send us a copy of these bills also.
3. Ask your doctor to complete and sign Section C on the reverse side of this form for all claims and return the form to us at the above address.

**If you are filing for disability benefits:**
1. Complete Section A below; be sure to fully explain how you became disabled.
2. Your employer should answer the questions in Section B below. If you are self-employed:
   a. Answer all questions on this side, and
   b. Send us a copy of your current business license (if required to be licensed) and your most recent quarterly tax returns.
3. Ask your doctor to complete and sign Section C on the reverse side of this form for all claims and return the form to us at the above address.

### SECTION A: PATIENT'S INFORMATION Please answer each question COMPLETELY.

| LAST | FIRST | MIDDLE | SEX | BIRTHDATE | MARITAL STATUS | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|
| Walston | Renita | S | F | 02,27,71 | ❑ SINGLE ❑ MARRIED ❑ OTHER | 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 |

| ADDRESS STREET AND NUMBER | CITY | STATE & ZIP CODE | PHONE NUMBER |
|---|---|---|---|
| 1110 Winyard Ave | Largo | MD | 3192768317 |

| ❑ FULL-TIME STUDENT ❑ PART-TIME STUDENT | RELATIONSHIP TO POLICYHOLDER ❑ SPOUSE ❑ CHILD | ❑ SELF ❑ STEPCHLD | POLICYHOLDER Renita Walston | PHONE NUMBER 3192768317 |
|---|---|---|---|---|

1. Is claim due to an accident or disability caused by an accident? ❑ Yes  ❑ No  Date of Accident: 9 15 03
   Describe how accident occurred: auto struck from behind by another vehicle
   If auto accident, was patient: ❑ driver  ❑ passenger  ❑ unknown    ** If driver, a copy of the police report is required.**
2. Is claim due to disability caused by a sickness?  ❑ Yes  ❑ No  If yes, briefly describe sickness: N/A
3. Is claim due to disability related to ❑ pregnancy  ❑ complications of pregnancy?  Please explain: N/A
   Are you pregnant now? ❑ Yes ❑ No  Date of delivery or expected date of delivery: N/A  /  /

### SECTION B: EMPLOYER'S INFORMATION Please complete if filing for disability.

Name and address of patient's employer:
Number of hours worked per week: 40  Monthly Salary: _____  Date of hire: 8/19/02  Is disability due to an accident that occurred on the job? ❑ Yes ❑ No  If yes, name of Workers' Compensation carrier: _____
Dates employee did not work due to accident or sickness: 9 5 03 to 10 29 03  Is he/she still employed? ❑ Yes ❑ No
If no, when did employment terminate? ___/___/___  If yes, please indicate date employee is expected to return to work: ___/___/___
is employee currently working ❑ Full-time  ❑ Part-time  ❑ Light Duty  Number of hours worked per week: 40
If Light Duty, is the employee's current salary at least 80% of his or her previous salary? ❑ Yes  ❑ No

Please list job duties employee is unable to perform and the percentage of time this requires daily:
_____  _____ %
_____  0 %

Was employer authorization to include disability insurance signed? ❑ Yes  ❑ No
Does employer pay a portion of the disability premium for the employee? ❑ Yes  ❑ No  If yes, what percent? _____ %
Indicate if employee is exempt from the following deductions: ❑ Social Security  ❑ Medicare  Does the employee pay disability premiums with pre-tax dollars? ❑ Yes  ❑ No  If yes, FICA deductions will be deducted from claim payments.
Please note: The employer is required to report disability benefits paid on pre-tax plans on its Form 941 and the employee's Form W-2.

| Rhonda Williams | HRM | 10/3/03 |
|---|---|---|
| SIGNATURE OF EMPLOYER | TITLE | DATE |
| Rhonda Williams | | 202-547-7822 |
| PLEASE PRINT FULL NAME | | PHONE NUMBER |

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime, and subjects such person to criminal and civil penalties.

S00198

03-02

## Sick Certificate

### Riverside Primary Care of District Heights
A Division of Riverside Primary Care, LLC
6400 Marlboro Pike, District Heights, MD 20747
Tel. No. 301-420-3636 / Fax No. 301-736-6916

Name: _Benita Walston_

from _9/9/03_ to _____ has been under my care

May return to work / school on _9/10/03_

Nature of the illness: _auto accident 9/5/03 – back pain x 4 days_

Restrictions: _____

Comments: _been referred to ortho for eval + mgmt_

Doctor: _____    Date: _9/9/03_

( ) Dr. Piotr L. Grojec        (✓) Dr. Florentino N. Loya        ( ) Dr. Jalal A. Saied

# THE METROPOLITAN WASHINGTON ORTHOPAEDIC ASSOCIATION
## CHARTERED 1975
## & ALLIED SPECIALTIES

**ORTHOPAEDIC SURGERY**

**ARTHRITIS &
JOINT REPLACEMENT CENTER**

**HAND SURGERY CENTER**

**SPINAL CENTER**

**ORTHOPAEDIC RADIOLOGY
& IMAGING**

**RIDA N. AZER, M.D.**
**NIGEL M. AZER, M.D.**
**CHARLES H. EMICH, M.D.**
**RAFIK D. MUAWWAD, M.D.**
**HAMPTON J. JACKSON, M.D.**
**PETER S. TRENT, M.D.**
**TALAAT F. MAXIMOUS, M.D.**
**MELISSA A. YADAO, M.D.**

**PHYSICAL MEDICINE
REHABILITATION CENTER**

**DANIEL IGNACIO, M.D.
BOARD CERTIFIED**

**CHRISTINA LENCHERT, M.P.T.
CHIEF PHYSICAL THERAPIST**

## BOARD CERTIFIED ORTHOPAEDIC SURGEONS

| | | | |
|---|---|---|---|
| 6144 OXON HILL ROAD<br>OXON HILL, MARYLAND 20745<br><br>TELEPHONE (301) 839-1600<br>FAX (301) 567-2618 | 831 UNIVERSITY BOULEVARD EAST<br>SILVER SPRING, MD 20903<br><br>TELEPHONE (301) 431-5770<br>FAX (301) 431-0194 | 417 N. WASHINGTON STREET<br>ALEXANDRIA, VIRGINIA 22314<br><br>TELEPHONE (703) 548-6666<br>FAX (703) 548-4825 | 2112 "F" STREET, N.W., SUITE 804<br>WASHINGTON, DC 20037<br><br>TELEPHONE (202) 331-2080<br>FAX (202) 331-2380 |

Patient's Name _Renita Walston_

Account # _53042_

Diagnosis _lumbar post lam syndrome_

_____

_____

This is to certify that the above named patient was seen in this office on _9-26-03_

**1.** This patient is fit to return to full duties on _____

**2.** This patient is:

☐ To avoid bending, stooping, heavy lifting, prolonged standing or walking from _____

until next evaluation on _____

☐ To avoid pushing, pulling, lifting and overhead use of _____ upper extremity(ies)

from _____ until next evaluation on _____

3. This patient is disabled from performing his duties from _9-26-03_ to _10/29/03_ _[illegible]_

_A.W._

Rida N. Azer, M.D.
Nigel M. Azer, M.D.
Charles E. Emich, M.D.
Rafik D. Muawwad, M.D.
Hampton J. Jackson, M.D.
Peter S. Trent, M.D.
Talaat F. Maximous, M.D.

*Before I got Fired*

## Sick Certificate

**Riverside Primary Care of District Heights**
A Division of Riverside Primary Care, LLC
6400 Marlboro Pike, District Heights, MD 20747
Tel. No. 301-420-3636 / Fax No. 301-736-6916

Name: _Reinta_ _Walter_

from _5-03-04_ to _____ has been under my care

May return to work / school on _5-04-04_

Nature of the illness: _the office visit_

Restrictions: _____

Comments: _work related stress_

Doctor: _Piotr Grojec, dep_                      Date: _5-03-04_

(X) Dr. Piotr L. Grojec

( ) Dr. Florentino N. Loya

( ) Dr. Jalal A. Saied

*Pg #8*

**CCA**
CORRECTIONS CORPORATION OF AMERICA

Employee Leave Authorization                    Form 3-

Employee Name: *Renita Walston*

Facility: *CCA - CTF 2001*                    EMP# *160 2601*

Date Submitted: *5/7/04*

**Please enter the amount of paid hours needed or the type of leave requested in the appropriate box.**

| Personal Hours: *4* | *Sick Hours: *4* | Death?: |
|---|---|---|
| Holiday Hours: *8* | What Holiday? | |

FMLA Leave (please check applicable reason):    Personal Illness *?  ☐    Family Illness *?  ☐    Parental? ☐

Military Leave** Hours:        Civil Leave** Hours:

* A Certification of Health Care Provider is required and should be submitted with this form.
** May require written documentation of absence.

Please list the dates these hours were taken: *Floating Holiday 5/3/04    5/5/04    (4 Sick + 4 personal*

By my signature below, I authorize CCA to deduct from my last earnings in the current calendar year, or if my employment terminates for any reason, my final earnings, a monetary amount equivalent to any pay advance for the above leave hours not offset during the calendar year by accrued personal leave.

Employee Signature: *[signature]*

Supervisor Signature: *[signature]*                    Date: *May 7, 200*

Administrator/Warden Signature:                    Date:

Entered by (Payroll Clerk's Initials):                    Date:

Approved:                    Date:
Denied:

White – Payroll        Yellow – Supervisor        Pink – Employee        F-3-SATC

---

WALSTON, RENITA — Name
Employee N 1602601
Date of Hire 8 / 19 / 2002

| 2004 Check Date B Payroll | Hours to add to pers. bal. for yr-end # | Personal Leave Earned 12/27/03 bal LESS 2000 hrs pd 01/10/03 Beginning Bal. 2004 | Personal Leave Used | Personal Leave Balance | Sick Lea Earned 12/27/03 Bal. | Sick Lea Used | Total Hours Paid |
|---|---|---|---|---|---|---|---|
| 09-Jan-04 | + 104 | 0 | ^ | 0 | v | 0 | 68.75 |
| 23-Jan-04 | + 100 | 0 | ^ | 0 | v | 0 | 51.5 |
| 06-Feb-04 | + 96 | 0 | ^ | 0 | v | 0 | 60 |
| 20-Feb-04 | + 92 | 4 | ^ | 4 | v | 4 | 46 |
| 05-Mar-04 | + 88 | 0 | ^ | 4 | v | 4 | 2 |
| 19-Mar-04 | + 84 | 0 | ^ | 4 | v | 4 | 80 |
| 02-Apr-04 | + 80 | 0 | ^ | 4 | v | 4 | 11.75 |
| 16-Apr-04 | + 76 | 0 | ^ | 4 | v | 4 | 55.25 |
| 30-Apr-04 | + 72 | 0 | ^ | 4 | v | 4 | 88.75 |
| 14-May-04 | + 68 | 4 | ^ | 4 | v | 4 | |
| 28-May-04 | + 64 | 4 | ^ | 4 | v | 4 | |
| 11-Jun-04 | + 60 | 4 | ^ | 4 | v | 4 | |
| 25-Jun-04 | + 56 | 4 | ^ | 0 | v | 0 | |
| 09-Jul-04 | + 52 | 4 | ^ | 0 | v | 0 | |
| 23-Jul-04 | + 48 | 4 | ^ | 0 | v | 0 | |
| 06-Aug-04 | + 44 | 4 | ^ | 0 | v | 0 | |
| 20-Aug-04 | + 40 | 4 | ^ | 0 | v | 0 | |
| 03-Sep-04 | + 36 | 4 | ^ | 0 | v | 0 | |
| 17-Sep-04 | + 32 | 4 | ^ | 0 | v | 0 | |
| 01-Oct-04 | + 28 | 4 | ^ | 0 | v | 0 | |
| 15-Oct-04 | + 24 | 4 | ^ | 0 | v | 0 | |
| | + 20 | 4 | ^ | 0 | v | 0 | |

**RIVERSIDE PRIMARY CARE OF DISTRICT HEIGHTS**
A Division of Riverside Primary Care, LLC
6400 Marlboro Pike, District Heights, MD 20747
Tel. No. 301 - 736 - 7000
Fax No. 301 - 736 - 6916

Piotr L. Grojec, MD
Florentino N. Loya, MD

Jalal A. Saied, MD
Walter B. Sheer, MD

Date: 6/24/03

To whom it may concern:

This letter is to certify that Mr. / (Ms.) _Renita S. Watson_
is a regular patient at this office. Our records show that Mr. / (Ms.) _Watson_
_____ consulted this office on _6/9/03_

Nature of the Illness: _Difficulty of Sleep and_
_Anxiety_

Comments: _Been started in mode twice flus_
_in Oct under 6/9/03. Date of return to_
_with 6/30/03_

Recommendations / Restrictions: _follow up_

Respectfully yours,

Doctor _[signature]_

FLORENTINO N. LOYA M.D.
6400 MARLBORO PIKE
DISTRICT HEIGHTS, MD 20747

**PRINCE GEORGES HOSPITAL CENTER**
3001 Hospital Drive, Cheverly MD 20785
(301) 618-3754
**Discharge Instructions**

Linda DeFeo MD

RENITA WALSTC

# POSSIBLE MISCARRIAGE

(Threatened Abortion)

During early pregnancy (first three months), it is not uncommon to have a small amount of bleeding, which can be entirely normal. But if heavy bleeding or severe cramping occur, it can be an early sign of miscarriage. A "miscarriage" means unexpected loss of your pregnancy.

In about half of patients with bleeding or cramping during early pregnancy, these symptoms will stop and the pregnancy will continue normally. However, half of the time a miscarriage will occur. A miscarriage may occur due to a number of reasons including urinary or pelvic infection, or abnormal growth of the fetus; but in most cases we don't know why it happens. Be reassured that this is not the result of anything that you did wrong, and it will not interfere with your ability to become pregnant in the future.

<u>HOME CARE:</u> To improve the chance of keeping this pregnancy, you should do the following:
1) Rest until the pain and bleeding stop.

2) Avoid sexual intercourse for the next 3 weeks.

3) Do not douche or use tampons.

<u>FOLLOW-UP:</u> Make an appointment with your doctor within the next week, or as directed by our staff.

<u>RETURN PROMPTLY</u> or contact your doctor if any of the following occur:
-- Heavy bleeding (soaking three pads an hour for three hours)
-- Onset of fever over 100.0' F (37.8' C)
-- Worse pain
-- Weakness, dizziness or fainting
-- Passage of anything that resembles tissue: pink or grayish membrane or solid material (save and bring to the doctor)

2/26/2003 (22:08)