# Exhibit 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Renita S. Walston Jackson,

     Plaintiff

                             CIVIL ACTION NO: 1-06-cv-616 (RCL)

     v.

CCA of Tennessee, Inc.,

     Defendant

---

**PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR ADMISSIONS**

**NOW COMES** Plaintiff Renita S. Jackson to respond to Defendant CCA of Tennessee, Inc.'s Request for Admissions

    1. Admit that you have not retained any applications tendered, resumes, letters of hiring or rejection of employment, pre-screening and pre-employment testing information, or contracts with employment agencies which relate to purported efforts to secure employment since your separation from employment with CCA of Tennessee, Inc. ("CCA").

    **RESPONSE:**  DENY . Plaintiff retained this information but information was lost or destroyed when she was evicted from her apartment in Waldorf, Maryland.

    2. Admit that when you applied for unemployment compensation from the District of

Columbia Department of Employment Services you stated that you were available to work.

**RESPONSE**: DENY. Plaintiff checked a box on a D.C. unemployment form indicating that she was available for work during the time that she applied for unemployment.

3. Admit that when you applied for unemployment compensation from the District of Columbia Department of Employment Services you stated that you were physically able to work, and not sick, injured or disabled.

**RESPONSE**: DENY. Plaintiff checked a box on a D.C. unemployment form indicating that she was physically able to work. Plaintiff does not recall the form asking her whether she was sick, injured or disabled.

4. Admit that you have not retained any bills, invoices, statements, test results, patient files, correspondence or prescriptions form any health care provider, mental health counselor, social worker, or anyone else whom you have seen, visited, consulted with, or been treated by, since your separation from employment with CCA for panic attack syndrome.

**RESPONSE**: DENY. Plaintiff has provided all the above requested information to Defendant that she possessed. Plaintiff admits that she did not obtain treatment for her panic attack shortly after she left her employment with CCA because she had no health insurance. Also, her panic attacks diminished somewhat after her employment with CCA because she was no longer harassed or subjected to a hostile work environment.

5. Admit that you have not retained any bills, invoices, statements, test results, patient files, correspondence or prescriptions form any health care provider, mental health counselor, therapist, counselor, social worker, or anyone else whom you have seen, visited, consulted with, or been treated by, since your separation from employment with CCA for the depression and distress which you claim CCA caused you to suffer.

**RESPONSE**: DENY.  See Response in No 4.

6. Admit that you have not retained any bills, invoices, statements or other documents which evidence expenses for which you contend that you had to borrow money form family members since your separation form employment with CCA.

**RESPONSE**: DENY.  Plaintiff will provide all relevant and non-privileged information to Defendant.

7.  Admit that you have not retained any journals, diaries, appointment books, or calendars in which you allegedly kept notes of events, incidents or occurrences which occurred during your employment with CCA.

**RESPONSE**:   DENY. Plaintiff will provide all relevant and non-privileged information to Defendant.


I, <u>Renita W. Jackson </u>hereby swear that the above responses are correct and true to the best of my knowledge and information.

_____                    02/22/2008
Renita W. Jackson                                              Date