IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RENITA WALSTON JACKSON,

        Plaintiff,

        v.

CCA OF TENNESSEE, INC.,

        Defendant.

CIVIL ACTION NO. 1:06-cv-616-RCL

## [PROPOSED] ORDER

Upon consideration of Defendant CCA of Tennessee, Inc.'s ("CCA's") Rule 37 Motion to Compel Discovery ("Motion"), and the entire record herein, it is this _____ day of _____, 2008, hereby

**ORDERED, ADJUDGED, AND DECREED** that CCA's motion to compel is hereby **GRANTED**; and it is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Renita Walston Jackson ("Plaintiff") shall respond to counsel for CCA's questions regarding individuals whom Plaintiff has identified in this lawsuit and may have knowledge regarding her claims, damages and CCA's defenses, including her healthcare providers, husband and relatives; and it is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiff shall respond to counsel for CCA's questions which relate to information contained in personnel and medical records which CCA obtained in response to subpoenas *duces tecum*; and it is further

**ORDERED, ADJUDGED AND DECREED** that this Order does not limit CCA's right to pose questions at Plaintiff's deposition which are within the scope and limits of discovery as

set forth in Rule 26 and Plaintiff is instructed to provide direct and complete responses to such questions; and it is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiff shall cooperate with CCA to recommence and complete her deposition within ten (10) business days of the date of this Order; and it is further

**ORDERED, ADJUDGED AND DECREED** that counsel for Plaintiff will only object to questions during Plaintiff's deposition in accordance with the applicable rules to preserve objections and privilege; and it is further

**ORDERED, ADJUDGED AND DECREED** that the deadline for the submission of dispositive motions will be extended from April 11, 2008 to June 11, 2008; and it is further

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall pay CCA's reasonable attorneys' fees and costs incurred in preparing this Motion.  CCA shall submit to the Court an affidavit setting forth its request for attorneys' fees and costs, supported by appropriate documentation within ten (10) business days of the date of this Order.


_____
United States District Court Judge


Serve:

L. Saundra White
3549 Crain Highway, # 107
Bowie, MD  20716

Alison N. Davis
Dannie B. Fogleman
Ford & Harrison LLP
1300 19th St., NW, Suite 700
Washington, D.C.  20036

DC:72958.1