IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENITA WALSTON JACKSON,<br><br>      Plaintiff,<br><br>v.<br><br>CCA OF TENNESSEE, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 1:06-cv-616-RCL |

## NOTICE OF FILING

Defendant CCA of Tennessee, Inc. ("CCA"), by and through its attorneys, hereby serves notice that it has filed with this Court a videotape of the continuation of Plaintiff Renita Walston Jackson's deposition which is an exhibit to CCA's Memorandum of Points and Authorities in Support of Rule 37 Motion to Compel Discovery. A copy of the videotape also has been served on counsel for Plaintiff via hand-delivery.

Dated: March 13, 2008

                                        Respectfully submitted,

                                        By: _____
                                            Alison Nadine Davis
                                            D.C. Bar No. 429700
                                            adavis@fordharrison.com
                                            Dannie B. Fogleman
                                            D.C. Bar No. 414311
                                            dfogleman@fordharrison.com

                                        FORD & HARRISON LLP
                                        1300 19th Street, N.W., Suite 700
                                        Washington, DC 20036
                                        (202) 719-2000
                                        (202) 719-2077 (Facsimile)

                                        Attorneys for Defendant CCA of Tennessee, Inc.