IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENITA WALSTON JACKSON**     )<br>                                                        )<br>    Plaintiff                                       )<br>                                                        )<br>    v.                                                )   **CIVIL ACTION NO: 1:06-cv-616-RCL**<br>                                                        )<br>**CCA OF TENNESSEE, INC.**              )<br>                                                        )<br>    Defendant                                   )  | |

### ORDER

Upon consideration of Defendant's Motion to Compel, Plaintiff's Opposition to Defendant's Motion to Compel, and the entire record, it is by this Court this ___ day of _____ _____, 2008

**ORDERED** that Defendant's Motion to Compel is hereby **DENIED** ; and it is,

**ORDERED** that Defendant's Request to Extend the Discovery Period is **DENIED**; and

**ORDERED** that Defendant's Request for Sanctions against Plaintiff is **DENIED**.

_____
JUDGE
United States District Court for the
District of Columbia