# FAX

| | |
|---|---|
| **Name:** | Allison N. Davis, Esq. |
| **Organization:** | Ford & Harrison, LLC |
| **Fax:** | 202 719-2077 |
| **Phone:** | 202 719-2017 |
| **From:** | L. Saundra White, Esq. |
| **Date:** | January 28, 2008 |
| **Subject:** | Objection to Subpoena Duces Tecum to Healthcare Providers |
| **Pages:** | 3 |

**Comments:**   This memorandum responds to your January 25, 2008 email.  For the first time, you indicated that CCA is requesting Plaintiff's medical records without her consent  pursuant to Md. Code Section 4-306. However, Md Code §4-306 provides that only the following persons or organizations are allowed to obtain medical records without a patient's authorization: (a) a unit of State or local government or to a member of a multidisciplinary team assisting the unit, for purposes of investigation or treatment in a case of suspected abuse or neglect of a child; and (b) a Health care provider or the

From the desk of...
L. Saundra White, Esq.
WBH Legal Group
1401 Mercantile Ln, Ste # 200C, Largo, MD 20774

provider's insurer or legal counsel, all information in a medical record relating to a patient or patient's health, health care, or treatment which forms the basis for the issues of a claim in a civil action initiated by the patient, recipient, or person in interest.

Defendant is not a unit of State or local government or a multidisciplinary team assisting the unit. Also, Defendant is not a health care provider or a health provider's insurer, Ford & Harrison is not representing a health care provider or provider's insurer and Plaintiff is not suing a health care provider. Therefore, Defendant can not use §4-306 to obtain Plaintiff's medical records without her consent. Also, HIPPA and Maryland law does not allow CCA to obtain Plaintiff's medical records without her consent or release. Please note that Md. Code §4-309 provides fines and imprisonment or both against a health care provider or any other person who knowingly and willfully requests or obtains a medical record under false pretenses or through deception or knowingly and willfully discloses a medical record in violation of §4-306.

Plaintiff will not consent or sign any release for her medical records to be provided to CCA because Defendant is requesting Plaintiff's entire medical history/records from all her health providers. This request is far reaching, seeks to obtain privilege and highly confidential information and the request unduly invades Plaintiff's privacy . Plaintiff has provided the relevant medical information that Defendant requested. However, Plaintiff will obtain and provide any additional relevant medical records from August 19, 2002 (date Plaintiff begun her employment with CCA ) through September 12, 12005 (date

From the desk of...
L. Saundra White, Esq.
WBH Legal Group
1401 Mercantile LN, Ste #200C, Largo, MD 20774

Plaintiff filed her claim against CCA) pursuant to a Request for Production of

Documents from CCA.

From the desk of...
L. Saundra White, Esq.
WBH Legal Group
1401 Mercantile Ln, Ste #200C, Largo, MD 20774

HP Officejet 5600 series 5610                    Personal Printer/Fax/Copier/Scanner

Log for
LAW OFFICE
240 455 6491
Jan 28 2008 2:45p

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Jan 28 | 02:43p | Fax Sent | 2027192077 | 1:36 | 3 | OK |