A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENITA WALSTON JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> CCA OF TENNESSEE, INC., <br><br> Defendant. | CIVIL ACTION NO. 1:06-cv-616-RCL |

**DECLARATION OF ALISON N. DAVIS**

WASHINGTON           )
                     )  ss.
DISTRICT OF COLUMBIA )

I, Alison N. Davis, make the following declaration under penalty of perjury pursuant to 28 U.S.C §1746 and declare that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court. I am a partner with the law firm of Ford & Harrison LLP, counsel for Defendant CCA of Tennessee, Inc. ("CCA"). As counsel in the above-captioned case, I am fully familiar with its procedural history and the conduct of discovery in this case.

2. This Declaration is submitted in support of Defendant CCA of Tennessee, Inc.'s Memorandum of Points and Authorities in Support of Rule 37 Motion to Compel Discovery and its reply.

3. Counsel for CCA received Plaintiff's Response to Defendant's Second Request for Production of Documents, and Plaintiff's Response to Defendant's Request for Admissions on

February 29, 2008. On March 3, 2008, I was handed just prior to the recommencement of Plaintiff's deposition Plaintiff's Amended Response to Defendant's First Set of Interrogatories.

4. The last known address of several of Plaintiff's healthcare providers, including Florentino Loya, was that of Riverside Primary Care of District Heights ("Riverside"). Upon receipt of the subpoenas, the custodian of records for Riverside informed me that she continued to possess Dr. Loya's records for Plaintiff even though she no longer was affiliated with the practice. Subsequently, Riverside produced to me Dr. Loya's records. I was unable to obtain a current address at which a subpoena for Dr. Loya's deposition could be served.

5. On January 22, 2008, a 69-page fax was sent to counsel for Plaintiff. That fax included the subpoena *duces tecum* to Kelly Services, Inc. The subpoena also was mailed certified mail, return receipt requested to counsel for Plaintiff. The U.S. Postal Service delivered the package to L. Saundra White at 3549 Crain Highway #107 in Bowie, MD on January 24, 2008. *See* Attachment A.

6. I have no record of receiving the facsimile attached to Plaintiff Renita Walston Jackson's Memorandum of Points and Authorities in Support of Opposition to Defendant CCA's Motion to Compel Discovery and Request for Sanctions. Dkt. No. 26-3.

Executed this 9th day of April, 2008.

_____
Alison N. Davis

# A

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: L. Saundra White
Street, Apt. No.; or PO Box No.: 3549 Crain Highway #101
City, State, ZIP+4: Bowie, MD 20716

PS Form 3800, June 2002        See Reverse for Instructions

7002 0010 0003 8457 0014


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7003 1010 0003 8457 0014**
Status: **Delivered**

Your item was delivered at 12:27 pm on January 24, 2008 in BOWIE, MD 20716. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )


**Track & Confirm**
Enter Label/Receipt Number.
[                    ]
( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                                        4/9/2008