AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

RENITA S. WALSTON JACKSON,

      Plaintiff(s)

vs.

CCA of TENNESSEE, INC.

      Defendant(s)

**APPEARANCE**

CASE NUMBER   Civil 06-616 (RCL)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Dannie B. Fogleman  as counsel in this
                                  (Attorney's Name)

case for:  CCA of Tennessee, Inc.
          (Name of party or parties)

August 18, 2008
Date

*[Signature: Dannie Fogleman]*
Signature

Dannie B. Fogleman
Print Name

414311
BAR IDENTIFICATION

Ford & Harrison LLP, 1300 19th St., Suite 700
Address

Washington, D.C. 20036
City     State     Zip Code

202-719-2014
Phone Number